FILED
7/1/2015 1:48:20 PM
Donna Kay McKinney
Bexar County District Clerk
Accepted By: Consuelo Gomez

## NO. 2012-CI-08827

| | | |
|---|---|---|
| RICHARD CECIL PETERSON AND ALMA PETERSON<br>Plaintiffs, | §<br>§<br>§<br>§ | IN THE DISTRICT COURT |
| V. | §<br>§ | 150TH JUDICIAL DISTRICT |
| JOHN LAWRENCE JIMENEZ, M.D.,<br>BRIAN PHILLIP PERRY, M.D.,<br>CHRISTOPHER AYERS BOGAEV,<br>M.D., RICHARD KURT NEWMAN,<br>M.D. AND METHODIST<br>HEALTHCARE SYSTEM OF SAN<br>ANTONIO, LTD., D/B/A METHODIST<br>HOSPITAL<br>Defendants. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | OF BEXAR COUNTY, TEXAS |

FILED IN
4th COURT OF APPEALS
SAN ANTONIO, TEXAS
7/9/2015 8:22:03 AM
KEITH E. HOTTLE
Clerk

FILED IN
4th COURT OF APPEALS
SAN ANTONIO, TEXAS
07/9/2015 8:22:03 AM
KEITH E. HOTTLE
Clerk

## NOTICE OF APPEAL

Plaintiffs, RICHARD CECIL PETERSON and ALMA PETERSON, parties to this case, file this Notice of Appeal seeking to alter the trial court's judgment or other appealable order.

The trial court, trial court case number and style of this matter are shown in the above caption.

The judgment or order appealed from was signed on March 30, 2015 and April 7, 2015.

RICHARD CECIL PETERSON and ALMA PETERSON desire to appeal the granting of the Defendant John Lawrence Jimenez, M.D.'s, motion for summary judgment on March 20, 2015 by Judge David A. Canales and the granting of Defendant Brian Phillip Perry, M.D.'s, motion for summary judgment on April 7, 2015 by Judge Renee A. Yanta.

This appeal is being taken to the 4th Court of Appeals.

This notice is being filed by RICHARD CECIL PETERSON and ALMA PETERSON.

Respectfully submitted,

**LAW OFFICES OF**

M/RWN/LP/DOC/peterson-#8.wpd

Page 1

RICHARD J. W. NUNEZ, L.L.P.C.

By: /s/Richard J. W. Nunez
       Hon. Richard J. W. Nunez
       Texas Bar No. 15134600
       Email: rjwnunez@richardjwnunezlaw.com
       144 E. Price Road
       Brownsville, Texas 78521
       Tel. (956) 541-8502
       Fax. (956) 541-8623
       Attorney for Plaintiffs
       RICHARD CECIL PETERSON and
       ALMA PETERSON

## CERTIFICATE OF SERVICE

I certify that on July 1, 2015 a true and correct copy of Plaintiffs' Notice of Appeal was served to each person listed below by the method indicated.

/s/Richard J. W. Nunez
Hon. Richard J. W. Nunez


James W. Veale, Jr.
Attorney for JOHN LAWRENCE JIMENEZ, M.D.
Brin & Brin
6223 IH-10 West
San Antonio, Texas 78201
TEL: 210/341-9711
FAX: 210/341-1854
Electronically through the Electronic Filing Manager

Celeste Lira
Attorney for BRIAN PHILLIP PERRY, M.D.
Brin & Brin
6223 IH-10 West
San Antonio, Texas 78201
TEL: 210/341-9711
FAX: 210/341-1854
Electronically through the Electronic Filing Manager